IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | |
|---|---|
| MICHAEL A GONZALEZ MALDONADO<br>ANGELICA CANALES VAZQUEZ | Case No. 14-08593-ESL |
| Debtor(s) | Chapter 13 |

### MOTION FOR RECONSIDERATION
### TO ORDER DATED MARCH 24, 2015

**TO THE HONORABLE COURT:**

**COMES NOW**, creditor Banco Popular de Puerto Rico-Mortgage ("BPPR"), through its undersigned attorney and very respectfully before this Honorable Court, respectfully showing the Court as follows:

1. On January 31, 2015, former lien holder Doral Bank filed proof of claim no. 4-1 regarding a real property located at Urb. Borinquen Valley in the Municipality of Caguas, debtors' place of residence.

2. On February 3, 2015, the chapter 13 trustee filed an "Objection to claim no. 4 by Doral Bank" for lack of evidence of perfection of secured status, see docket no. 25.

3. On March 24, 2015, this Honorable Court entered an order granting the trustee's Objection to claim, see docket no. 28.

4. BPPR hereby requests a reconsideration of the order today pursuant to section 502(j) and Federal Bankruptcy Procedure Rule 3008. "A motion seeking reconsideration of an uncontested order allowing or disallowing a claim may be made at any time." *See* Collier on Bankruptcy, P3008.01 [3] (16th ed.).

5. Section 502(j) of the Code provides that a claim that has been allowed or disallowed may be reconsidered for cause and may be allowed or disallowed according to the equities of the case. In turn, Rule 3008 provides that any party in interest may move for reconsideration of an order allowing or disallowing a claim against the estate. The court shall enter an appropriate order after a hearing on notice.

6. On February 27, 2015, Doral's operations were closed by the Commissioner of Financial Institutions of the Commonwealth of Puerto Rico and the Federal Deposit Insurance Corporation (FDIC) was appointed the Institution's receiver. Recently, debtors' mortgage account has been reassigned to Banco Popular de Puerto Rico, see transfer of claim, docket no. 32.

7. BPPR is a secured creditor over the debtors' residential property. For inadvertence and/or excusable error, the subscribing counsel did not promptly respond to trustee's objection nor file a request for extension to answer the objection.

8. Enclosed with the present motion is a title study whereas appearing creditor's mortgage deed is duly registered, see Exhibit 1.

9. For the above stated reasons, and for cause, it is very respectfully requested this Honorable Court reconsider its Order dated March 24, 2015 and allow claim no. 4 filed by BPPR (former Doral Bank) as a secured claim.

**WHEREFORE**, for the reasons stated above, it is respectfully requested from this Court to take notice of the above stated,

2

reconsider its order dated March 25, 2015 an allow claim no. 4 by BPPR as a secured claim.

**NOTICE**

YOU ARE HEREBY NOTIFIED THAT YOU HAVE FOURTEEN (14) DAYS FROM THE DATE OF THIS NOTICE TO FILE AN OPPOSITION TO THE FOREGOING MOTION AND TO REQUEST A HEARING. IF NO OPPOSITION IS FILED WITHIN THE PRESCRIBED PERIOD OF TIME, THE MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED WITHOUT FURTHER HEARING UNLESS(1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INEREST OF JUSTICE REQUIRES OTHERWISE. IF A TIMELY OPPOSITION IS FILED, THE COURT WILL SCHEDULE A HEARING AS A CONTESTED MATTER.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the non CM/ECF participants: debtor(s)—address of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of May, 2015.

FIDDLER, GONZALEZ & RODRIGUEZ, PSC
Counsel for BPPR
P.O. Box 363507
San Juan, PR 00936-3507
Tel. 787-759-3242
Fax. 787-759-3108
rgarcia@fgrlaw.com

*S/ROSAMAR GARCÍA FONTÁN*
ROSAMAR GARCIA FONTAN
USDC-PR #221004



PO. Box 194000
San Juan, PR 00919-4000
Tels.(787) 763-2054
(787) 963-1937
(787) 963-1938
Fax (787) 282-7177
E-mail:titlesearc@prtc.net

## ESTUDIO DE TITULO

FIDDLER GONZALEZ & RODRIGUEZ, PSC

CASO: MICHAEL A. GONZALEZ MALDONADO    14-08593 /    1731

FINCA: SOLAR 464 DE LA URBANIZACION BORINQUEN VALLEY DE CAGUAS, PRESENTADO AL ASIENTO 1042 DEL DIARIO 1155, EL 22 DE JULIO DEL 2010, AL REGISTRO DE LA PROPIEDAD DE CAGUAS, SECCION I.

### DESCRIPCION:

URBANA: Solar marcado con el numero 464 en el plano de inscripcion de la Urbanizacion Borinquen Valley Phase II, en el termino municipal de Caguas, Puerto Rico, con un area superficial de 300.00 metros cuadrados. En lindes por el NORTE, en 12.00 metros, con la calle Capuchino; por el SUR, en 12.00 metros, con el Buffer Zone; por el ESTE, en 25.00 metros, con el solar numero 463; y por el OESTE, en 25.00 metros, con el solar numero 465.

En este solar esta enclavada una residencia construida de hormigon armado de una sola planta con tres dormitorios, dos baños, cocina extendida, sala-comedor y marquesina doble

El solar esta afectado por una servidumbre a favor de la Puerto Rico Telephone Company, por toda su colindancia con la calle Capuchino, con un ancho de 1.524 metros.

En su colindancia SUR, con el Buffer Zone hay construida una cerca (Safety Fence) de 4 pies de alto.

### TRACTO REGISTRAL:

Se segregara de la finca 3943, inscrita al folio 105 del tomo 644 de Caguas.

DOMINIO:                    DOCUMENTO PRESENTADO

A favor de **MICHAEL ALEXANDER GONZALEZ MALDONADO** y **ANGELICA CANALES VAZQUEZ, solteros, en un 50% para cada uno**, quienes adquieren por compra a Borinquen Valley S.E., por el precio de $165,000.00, segun escritura numero 127, otorgada en San Juan, el 6 de julio del 2010, ante la notario Elyvette Fuentes Bonilla, presentado al asiento 1042 del diario 1155, el 22 de julio del 2010. **SUJETA A CONDICIONES BAJO EL PROGRAMA BONO VIVIENDA GASTOS DE CIERRE.SUJETA A CONDICIONES DE SUBSIDIO POR EL TERMINO DE 10 AÑOS. SE LE CONCEDIO $8,250.00.** Se acompaña Plot Plan. PENDIENTE DE CALIFICACION Y DESPACHO.

"LA LEY 216 DEL 27 DE DICIEMBRE DE 2010 NO COBIJA LA INSCRIPCION INMEDIATA DE ESTOS DOCUMENTOS, YA QUE LOS MISMOS SON DOCUMENTOS PRESENTADOS POSTERIOR AL 30 DE ABRIL DE 2010, DOCUMENTOS QUE CREARAN FINCAS NUEVAS Y/O LAS EXCEPCIONES DE LA LEY."

### GRAVAMENES:

Afecta por su procedencia a: LIBRE DE CARGAS.

Afecta por si:

1. **HIPOTECA:** En garantia de un pagare a favor de RBS MORTGAGE CORPORATION, o a su orden, por la suma de $170,775.00, intereses al 4 1/2% anual, vencedero el 1ro de julio del 2040, segun escritura numero 113, otorgada en San Juan, el 6 de julio del 2010, ante el notario Manuel Rivera Melendez, presentado al asiento 1043 del diario 1155, el 22 de julio del 2010. PENDIENTE DE CALIFICACION Y DESPACHO.

"LA LEY 216 DEL 27 DE DICIEMBRE DE 2010 NO COBIJA LA INSCRIPCION INMEDIATA DE ESTOS DOCUMENTOS, YA QUE LOS MISMOS SON DOCUMENTOS PRESENTADOS POSTERIOR AL 30 DE ABRIL DE 2010, DOCUMENTOS QUE CREARAN FINCAS NUEVAS Y/O LAS EXCEPCIONES DE LA LEY."



P.O. Box 194000
San Juan, PR 00919-4000
Tels.(787) 763-2054
(787) 963-1937
(787) 963-1938
Fax (787) 282-7177
E-mail:titlesearc@prtc.net

## ESTUDIO DE TITULO

FIDDLER GONZALEZ & RODRIGUEZ, PSC

CASO: MICHAEL A. GONZALEZ MALDONADO    14-08593 /    1731

FINCA: SOLAR 464 DE LA URBANIZACION BORINQUEN VALLEY DE CAGUAS, PRESENTADO AL ASIENTO 1042 DEL DIARIO 1155, EL 22 DE JULIO DEL 2010, AL REGISTRO DE LA PROPIEDAD DE CAGUAS, SECCION I.

SEGUNDA PAGINA:

NOTA: EN EL SISTEMA DE COMPUTADORA HAY UN SIN NUMERO DE DOCUMENTOS LOS CUALES NO ESPECIFICAN SUS TRANSACCIONES NI LOS SOLARES A LOS QUE AFECTAN, POR TENER CONOCIMIENTO DE ALGUN OTRO DOCUMENTO QUE SE RELACIONE CON EL SOLAR Y/O FINCA OBJETO DE ESTUDIO FAVOR DE NOTIFICARLO PARA ASI VERIFICAR EN EL REGISTRO.

ESTA SECCION DEL REGISTRO TIENE ATRASO EN LA ENTRADA DE DATOS DE SU SISTEMA DE BITACORA, LIBROS DE EMBARGOS Y SENTENCIAS.

REVISADOS: Libros de Sentencias, Federales, Estatales y Bitacora, por computadora y agora, hoy 29 de enero del 2015.

TITLE SEARCH & LEGAL ASSISTANCE INC.
jc/ag(r)

INVOICE: 394356

Este documento NO es una póliza de seguro de título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este estudio de título, esta limitada a la cantidad pagada por el mismo. Si este documento es utilizado por alguien que no sea el solicitante lo hará bajo su propio riesgo y responsabilidad. Para completa protección debe requerir una póliza de seguro de título. No nos hacemos responsables por omisiones por cometa el registro de la propiedad en la entrada de datos, ni en la omisión de información suministrada por ellos tanto de sus libros como del sistema computarizado, ni por la falta de información dado al deterioro de sus libros.